UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-24103

ARKADIY LEVIN,
    Plaintiff,

v.

NORWEGIAN CRUISE LINE
HOLDINGS LTD.,
    Defendant.
_____/

**NOTICE OF CHANGE OF LAW FIRM, ADDRESS, AND E-MAIL DESIGNATION &
DIRECTIONS TO CLERK TO CHANGE ALL CONTACT INFORMATION**

PLEASE TAKE NOTICE that attorney, Eugene Mesin, is now affiliated with the law firm of Vladimir Tsirkin & Associates, P.A. The undersigned's mailing address, telephone number, and e-mail address effective October 2, 2023:

**Eugene Mesin, Esq.
Vladimir Tsirkin & Associates, P.A.
800 SE 4th Avenue, Suite 620
Hallandale Beach, FL 33009
(305) 831-4333
em@99crash.com**

Dated: November 8, 2023

**Vladimir Tsirkin & Associates, P.A.**

*/s/ Eugene Mesin*
_____
**Eugene Mesin, Esq.**
Florida Bar No.: 1030814
800 SE 4th Avenue, Suite 620
Hallandale Beach, FL 33009
t: (305) 831-4333
f: (732) 525-2202
e: em@99crash.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, this 8th day of November 2023.

**Vladimir Tsirkin & Associates, P.A.**

*/s/ Eugene Mesin*
**Eugene Mesin, Esq.**
Florida Bar No.: 1030814
800 SE 4th Avenue, Suite 620
Hallandale Beach, FL 33009
t: (305) 831-4333
f: (732) 525-2202
e: em@99crash.com
Attorneys for Plaintiff