UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ARKADIY LEVIN,
    Plaintiff,                                      Case No.:     1:23-cv-24103-KMV

v.

NCL (BAHAMAS) LTD,
d/b/a Norwegian Cruise Line,
    Defendant.
_____/

**APPEARANCE OF COUNSEL**

To:     The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that I am admitted to practice in this Court, and I appear in this case as Counsel for Plaintiff, ARKADIY LEVIN.

Dated:       Hallandale Beach, Florida
                December 4, 2023

**VLADIMIR TSIRKIN & ASSOC**.

/s/Vladimir Tsirkin
Florida Bar No.: 1004400
800 SE 4th Ave, Suite 620
Hallandale Beach, FL 33009
Email: vt@99crash.com
Tel.: 305-831-4333
Fax: 732-525-2202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, this 4th day of December 2023.

**VLADIMIR TSIRKIN & ASSOC**.

/s/Vladimir Tsirkin
Florida Bar No.: 1004400
800 SE 4th Ave, Suite 620
Hallandale Beach, FL 33009
Email: vt@99crash.com
Tel.: 305-831-4333
Fax: 732-525-2202