UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:   1:23-cv-24103

ARKADIY LEVIN,
    Plaintiff,

v.

NCL (BAHAMAS) LTD.
d/b/a Norwegian Cruise Line,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ARKADIY LEVIN, and Defendant, NCL (BAHAMAS) LTD. d/b/a Norwegian Cruise Line, by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal of the above-styled action with prejudice. IT IS STIPULATED by and between Plaintiff and Defendant that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the parties are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 1st day of April 2024.

| **Vladimir Tsirkin & Associates, P.A.** | **NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line** |
|---|---|
| */s/ Eugene Mesin* | */s/ Todd Sussman* |
| **Eugene Mesin** | **Todd Sussman** |
| Florida Bar No.: 1030814 | Florida Bar No.: 0084729 |
| 800 SE 4th Avenue, Suite 620 | 7665 Corporate Center Drive |
| Hallandale Beach, FL 33009 | Miami, FL 33126 |
| t: (305) 831-4333 | t: (305) 436-4653 |
| f: (732) 525-2202 | f: (305) 468-2132 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, this 2nd day of April 2024.

**Vladimir Tsirkin & Associates, P.A.**

*/s/ Eugene Mesin*
**Eugene Mesin, Esq.**
Florida Bar No.: 1030814
800 SE 4th Avenue, Suite 620
Hallandale Beach, FL 33009
t: (305) 831-4333
f: (732) 525-2202
e: em@99crash.com
Attorneys for Plaintiff